UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPORTS CAMP, INC.,

Plaintiff,

Case No. 2:26-cv-2084-KCD-NPM

v.

MASON CLASSICAL ACADEMY, INC.,

Defendant.
_______________________________/

**ORDER**

Plaintiff Sports Camp, Inc. moves to amend its complaint. (Doc. 37.) Rule 15 tells us that a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). The Supreme Court has made it clear that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). Unless there is a declared reason—such as bad faith, undue delay, or undue prejudice to the opposing party—the requested amendment should be granted. *See Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001).

Defendant Mason Classical Academy, Inc. opposes the motion. But there is no good reason to delay the inevitable. To start, this case is still in its infancy. No scheduling order has been entered, and discovery has not yet started. When a plaintiff seeks to amend before the gears of discovery begin turning, the risk of undue prejudice to the other side is necessarily limited. *See Hargett v. Valley Fed. Sav. Bank*, 60 F.3d 754, 761 (11th Cir. 1995).

More to the point, Sports Camp is not trying to rewrite the lawsuit. The proposed amendment does not add a new claim or party. It simply adds factual context to the three counts already on the table. Really, it is just an attempt to respond to the analytical shortcomings this Court highlighted when denying the request for a preliminary injunction.

Why make everyone jump through hoops to litigate the original complaint when the updated version is sitting right in front of us? There is no prejudice to Mason Classical in allowing the amendment now. It will have a full and fair opportunity to test the sufficiency of these refined allegations on their merits. So Rule 15's liberal standard controls, and the motion to amend (Doc. 37) is **GRANTED**. Sports Camp is directed to immediately file the amended complaint. The pending motion to dismiss (Doc. 24) is **DENIED AS MOOT**.

**ORDERED** in Fort Myers, Florida on August 24, 2026.

Kyle C. Dudek
United States District Judge